Judge: Marc Barreca
Chapter 13
*Ex Parte* motion if no objection is filed

Hearing Date if objection is filed: November 25, 2015
Hearing Time: 9:00 am
Hearing Location: Marysville Municipal Court
1015 State Avenue, Court Room One
Marysville, WA 98270
Response Date: October 19, 2015

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

DEBORAH VAN VRADENBURG

      Debtor.

Case No. 15-15941-MLB

DEBTOR'S *Ex Parte* MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

## NOTICE

Please take notice that the Debtor seeks an order dismissing this Chapter 13 case. If no objection is filed within seven (7) after this motion was filed, pursuant to Local Court Rule 9013-1(d)(2)(G) the Court is entitled to enter an *ex parte* order dismissing the case. If an objection is timey filed, the matter is set for a hearing as follows:

    Judge:            Marc Barreca
    Date:             November 25, 2015
    Time:            9:00 am
    Hearing Place:   Courtroom One
                          1015 State Avenue
                          Marysville, WA 98270
    Response Date:  October 19, 2015

DEBTOR'S **Ex Parte** MOTION FOR VOLUNTARY
DISMISSAL OF CHAPTER 13 CASE       - 1

John L. Hoffer
WSBA No. 12210
1710 - 100th Place SE, Suite 109
Everett, WA 98208
Voice: 425-948-6383
HofferLawFirm@gmail.com

If you oppose the Motion, you must file your written response with the court clerk at the Bankruptcy Court, United States Courthouse, Room 6301, 700 Stewart Street, Seattle, WA 98101, serve and deliver copies on the undersigned and the United States Trustee at the United States Courthouse, Room 5103, 700 Stewart Street, Seattle, WA 98101 not later than seven (7) after this motion was filed.  Failure to comply with the local rules may be deemed by the Court as opposition without merit.

**MOTION**

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b).

This case was commenced by the filing of a voluntary petition under Chapter 13 on October 2, 2015, and has not  been converted under 11 U.S.C. §§ 706, 1112, or 1208.

This Court has not approved the Chapter 13 Plan.

There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

Debtor has made no arrangements or agreements with any creditor or other person in connection with this motion for dismissal.

//

//

DEBTOR'S **Ex Parte** MOTION FOR VOLUNTARY
DISMISSAL OF CHAPTER 13 CASE             - 2

John L. Hoffer
WSBA No. 12210
1710 - 100th Place SE, Suite 109
Everett, WA 98208
Voice: 425-948-6383
HofferLawFirm@gmail.com

Debtor seeks dismissal of this case because the Debtor and Debtor's attorney accidentally filed this case before the Debtor is entitled to discharge.

Dated October 9, 2015.

Respectfully Submitted by:
/s/ John L. Hoffer
Attorney for Debtor
WSBA No. 12210

DEBTOR'S **Ex Parte** MOTION FOR VOLUNTARY
DISMISSAL OF CHAPTER 13 CASE                  - 3

John L. Hoffer
WSBA No. 12210
1710 - 100th Place SE, Suite 109
Everett, WA 98208
Voice: 425-948-6383
HofferLawFirm@gmail.com