**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**

In re:

DEBORAH VAN VRADENBURG

      Debtor.

Case No. 15-15941-MLB

DEBTOR'S DECLARATION IN SUPPORT OF DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE

Debtor is making this declaration in support of DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE.

1. Debtor filed the Petition for Chapter 13 on October 2, 2015.

2. Debtor accidently filed this proceeding prior to the time when she is entitled to a discharge.

3. Debtor desires the Chapter 13 case dismissed.

Dated October 9, 2015.

                                                 /s/ Deborah Van Vradenburg
                                                 Debtor

DEBTOR'S DECLARATION IN SUPPORT OF DEBTOR'S
MOTION FOR VOLUNTARY DISMISSAL CHAPTER 13 CASE    - 1

John L. Hoffer
WSBA No. 12210
1710 - 100th Place SE, Suite 109
Everett, WA 98208
Voice: 425-948-6383
HofferLawFirm@gmail.com