Entered on Docket October 28, 2015

**Below is the Order of the Court.**



**Marc Barreca
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

DEBORAH VAN VRADENBURG

      Debtor.

Case No. 15-15941-MLB

ORDER DISMISSING CHAPTER 13
CASE ON MOTION BY DEBTOR

**ORDER DISMISSING CHAPTER 13 CASE ON MOTION BY DEBTOR**

Upon consideration of the DEBTOR'S *Ex Parte* MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE, it is ordered as follows:

This case be and the same is hereby dismissed and all automatic stays and any injunctions obtained by the debtor in any proceeding related to this case are hereby terminated and the provisions of 11 U.S.C. § 349 are herewith effective. The Chapter 13 Trustee is hereby directed to file a final report and account of his administration.

///End of Order ///

Respectfully Submitted by:
/s/ John L. Hoffer
Attorney for Debtors
WSBA No. 12210

ORDER DISMISSING CHAPTER 13
CASE ON MOTION BY DEBTOR

John L. Hoffer
WSBA No. 12210
1710 - 100th Place SE, Suite 109
Everett, WA 98208
Voice: 425-948-6383
HofferLawFirm@gmail.com